

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00203-CV

Roberto Escamilla
v.
Ricardo Cadena

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0478-22-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED. Costs of the appeal are adjudged against the appellant.

We further order this decision certified below for observance.

July 6, 2023